**Opinion issued November 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00617-CV

———————————

**HARRIS COUNTY, Appellant**

**V.**

**LISA CASTENADA, Appellee**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2022-01563

## MEMORANDUM OPINION

Appellant Harris County has filed an unopposed motion to dismiss this appeal because the parties have settled their differences. Appellant has also filed an unopposed motion to expedite the mandate so that the parties may effectuate their settlement in the trial court.

We grant the motion to dismiss and order this appeal dismissed. We also grant the motion to expedite the issuance of the mandate and order the Clerk of the Court to issue the mandate immediately. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.